SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
C.132-038S

Attorneys for Secured Creditor
CAL STATE CENTRAL CREDIT UNION

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

VELMA M. GUILLORY-TAYLOR,

    Debtor.

Bk. No. 10-14016-AJ

Chapter 13

NOTICE OF WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Hearing- Chapter 13 Plan Confirmation
Date: March 24, 2011
Time: 1:30 p.m.
Place: Bankruptcy Court
      99 South "E" Street
      Santa Rosa, CA 95404-6517

PLEASE TAKE NOTICE that Secured Creditor CAL STATE CENTRAL CREDIT UNION hereby withdraws its OBJECTIONS TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN, filed with this Court on November 22, 2010.

                                      SCHEER LAW GROUP, LLP

Date: March 23, 2011                 /s/ Reilly D. Wilkinson
                                               #250086