LAW OFFICES OF LES ZIEVE
LES ZIEVE, ESQ. #123319
MATTHEW D. TOKARZ, ESQ. #225024
18377 Beach Blvd. Suite 210
Huntington Beach, CA 92648
Tele (714) 848-7920
Fax (714) 848-7650

Counsel for Secured Creditor
OCWEN LOAN SERVICING, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| Velma M Guillory-Taylor,<br><br>  Debtor.<br>_____ | Case No. 10-14016<br><br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

TO: THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

OCWEN LOAN SERVICING, LLC, by and through its counsel undersigned hereby withdraws its Objection to Confirmation of Chapter 13 Plan.

DATED: 3/30/2011                        /s/ Les Zieve_____
                                        LES ZIEVE, ESQ.
                                        Counsel for Secured Creditor