**Signed: April 29, 2011**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-1878

5  Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-14016 |
|---|---|---|
| Velma M Guillory-Taylor | Chapter | 13 |
| Debtor(s) | | |

ORDER GRANTING MOTION TO VALUE LIEN AS $0

AND AVOID LIEN UPON DISCHARGE OF DEBTOR

On February 26, 2011 Debtor filed a motion to value the lien of Anson Street, LLC c/o Resurgent Capital Services, LP (hereinafter Lienholder) against the property commonly known as 3690 Hillary Court, Santa Rosa, CA 95403, Sonoma County AP #034-380-027-000, which lien was recorded in the Sonoma County Recorder's Office on or about 11/30/2006 as document 2006148190 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to oppose the motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien of Anson Street, LLC c/o Resurgent Capital Services, LP is valued at zero dollars ($0), does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

** END OF ORDER **