Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-14016 |
|---|---|---|
| Velma M Guillory-Taylor | Chapter | 13 |
| Debtor(s) | Hearing | |
| _____/ | Date: | June 24, 2011 |
| | Time: | 9:00 AM |
| | Location: | Santa Rosa, CA |

**MOTION TO APPROVE LOAN MODIFICATION WITH OCWEN LOAN SERVICING, LLC**

TO THE COURT, SECURED JUNIOR LIENHOLDER OCWEN LOAN SERVICING, LLC, CHAPTER 13 TRUSTEE, ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

On or about October 15, 2010 Debtor Velma M Guillory-Taylor entered into a voluntary Loan Modification Agreement with secured creditor OCWEN LOAN SERVICING, LLC (attached as Exhibit1).

Debtor makes this motion for a court for an order approving the loan modification agreement.

Date: May 26, 2011          /s/Dan Beck_____
                            Dan Beck
                            Attorney for Debtor

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-14016 |
|---|---|---|
| Velma M Guillory-Taylor | Chapter | 13 |
| Debtor(s) | <u>Hearing</u> | |
| _____/ | Date: | June 24, 2011 |
| | Time: | 9:00 AM |
| | Location: | Santa Rosa, CA |

## Proposed ORDER APPROVING LOAN MODIFICATION

Debtor Velma M Guillory-Taylor's Secured creditor Ocwen Loan Servicing, LLC, is hereby approved. This order, however, shall not constitute approval of the terms of the proposed loan modification.

***END OF ORDER**

For faster, safer browsing AOL Mail recommends upgrading Firefox.   Upgrade Now

AOL | Mail Toolbar | Make AOL My Home Page

velmatay   Sign Out

| Check Mail   Compose | | | Search the Web | | | Search   enhanced by   Themes | Settings | Help |

Search Mail

- Today on AOL
- New Mail 933
- Old Mail
- Drafts
- Sent
- IMs
- Spam (101)
- Recently Deleted
- Contacts
- Calendar
- My Folders
- Saved Mail (3)
- Apple Mail To Do
- Deleted Messages
- Sent Messages

Reply   Forward   IM   Action   Delete   Spam

**Loan Number : 70868518**
rdocmail to you - 25 min ago   More Details
    STUPEM.pdf

Velma Taylor,

    "Please find a copy of the referenced letter below"

*********************************************************************

    Notice of Confidentiality:

    This message and its attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail/fax and request immediately removal of your email/fax from our system. If indeed it is an error, please delete or destroy this message from your system or possession.

    Ocwen Financial Corporation, Inc is a debt collector attempting to collect a debt; any information obtained will be used for that purpose.

*********************************************************************

This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing,

Contacts

Find Contacts   Add Contact | Add List

- aanguloyz502@aol.com
- aaronrood2@aol.com
- aarpweboct@action.aarp.org
- account-update@amazon.com
- AcMart@randomhouse.com
- AcMart_Literature@information.r
- adamskat@sonoma.edu
- adccakelady@yahoo.com
- aizonsta@sonoma.edu
- ajw2160@aol.com
- alerts@email.macys.com
- alicia.ruiz1@gmail.com
- aliciahardon@aol.com
- aliciahormosillo99@yahoo.com
- alisa.dalos@gmail.com
- afonz@sonoma.edu
- alysnwonrian@aol.com
- alysonfrod@aol.com
- am_a_manoater@live.com
- amazon@acc.amazon-com.us
- amazonkindle-feedback@amazor

Evan: Please note on 2066570 the first page after this one P1 of the attachment - amount owed included $23,000.00 +

Ocwen Loan Servicing, LLC
P.O. Box 24737
West Palm Beach, Florida 33416 - 4737
OCWEN (Do not send correspondence or payments to the above address.)

WWW.OCWEN.COM

### PAYMENT REMITTANCE INFORMATION

1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.
3. The down payment must be in the form of certified funds.

### OVERNIGHT DELIVERY
### (Money Order & Certified Checks Only)
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

**MONEY GRAM**
RECEIVER CODE: 2355
PAYABLE TO: OCWEN LOAN SERVICING, LLC
CITY: ORLANDO
STATE: FLORIDA
REFERENCE: LOAN NUMBER 70868518
AGENT LOCATER: (800) 926-9400

**BANK WIRE**
BANK: JPMorgan Chase Bank, NA
ABA: 021000021
ACCOUNT NAME: Ocwen Loan Servicing, LLC
ACCOUNT NUMBER: 826078875
REFERENCE: Loan Number, Property Address,
and Borrower Name

**BY WUQC**
Code City: Ocwen
State: FL
Reference: Loan #
Attn: Home Retention Department

Email: Transferfunds@ocwen.com with the details of the wire.

### LOAN MODIFICATION AGREEMENT

Ocwen Loan Servicing, LLC ("Ocwen") is offering you this Loan Modification Agreement ("Agreement"), dated 10/11/10, which modifies the terms of your home loan obligations as described in detail below:

A.  the Mortgage, Deed of Trust, or Security Deed (the "Mortgage"), dated and recorded in the public records of Sonoma County, and

B.  the Note, of the same date and secured by the Mortgage, which covers the real and personal property described in the Mortgage and defined therein as the "Property", located at 3690 Hillary Court Santa Rosa, CA 95403.

Pursuant to our mutual agreement to modify your Note and Mortgage and in consideration of the promises, conditions, and terms set forth below, the parties agree as follows:

1.  In order for the terms of this modification to become effective, you promise to make an initial payment of $2,980.55 on or before 10/15/10 and one (1) equal monthly payment of principal and interest in the amount of $2,524.51 to Ocwen ("Trial Period") beginning on 11/1/10.

2.  You agree that, at the end of the Trial Period, the new principal balance due under your modified Note and the Mortgage will be $550,734.44. Upon modification, your Note will become current and will not be in default.

3.  Any payments due for taxes or insurance will be your responsibility in addition to the payments of principal and interest required under the terms of this modification. If this loan is currently escrowed, Ocwen will continue to collect the required escrow amounts with your monthly principal and interest payment.

4.  If you successfully complete the Trial Period, your loan will automatically be modified pursuant to the terms of this Agreement (the "Modification"). However, if you fail to send any full payment on or before the respective due date during the Trial Period, the Trial Period will immediately terminate and the Modification offer will be null and void. Acceptance and application of late payments during the Trial Period does not waive Ocwen's right to terminate the Trial Period, nullify the Modification, or resume foreclosure or other activities related to the delinquency of the loan under its original terms.

5.  After the Trial Period expiration, you promise to make payments of principal and interest on the same day of each succeeding month until all amounts owed under the Note and Modification are paid in full.

6.  Upon Modification, the new amount payable under your Note and the Mortgage will be increased to the total amount of debt owed on your loan.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Case: 10-14016   Doc# 43   Filed: 05/26/11   Entered: 05/26/11 12:33:08   Page 4 of 7



*Ocwen Loan Servicing, LLC*
*P.O. Box 24737*
*West Palm Beach, Florida 33416-4737*
*(Do not send correspondence or payments to the above address.)*
WWW.OCWEN.COM

Velma Taylor

velmatay@aol.com

Loan Number:       70868518

Dear Velma Taylor:

Our company has recently received a request for information on the above referenced loan. The information is enclosed for your review.

Sincerely,

Ocwen Loan Servicing, LLC

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Case: 10-14016   Doc#: 43   Filed: 09/26/11   Entered: 09/26/11 12:45:20   Page 5 of 7

```
Ocwen Loan Servicing, LLC
P.O. Box 24737
West Palm Beach, Florida 33416 - 4737
```
OCWEN *(Do not send correspondence or payments to the above address.)*          WWW.OCWEN.COM

10/11/10

Velma Guillory Taylor

3690 Hillary Court
Santa Rosa, CA 95403-8667

Loan Number:        70868518
Property Address:   3690 Hillary Court
                    Santa Rosa, CA 95403

## PROPOSED MODIFICATION AGREEMENT

Dear Borrower(s):

Enclosed please find a proposed modification agreement (the "Agreement") on your loan referenced above for your review and consideration.

In order to accept this modification on your loan, you must complete ALL of the following steps **on or before 10/15/10**, ("Due Date"):

1. SIGN the bottom of the Agreement on the line(s) for the Borrower(s):

2. FAX the fully executed Agreement to:       Attention: Home Retention Department
                                              (407) 737-5693

3. PAY the full initial payment in the amount of:  $2,980.55
                                                   [*See Payment Instructions Attached*]

4. NEW MONTHLY PAYMENT:
   Principal and Interest Payment:           $2,524.51
   Escrow Payment:                           $456.04
   Total (which may or may not include escrow): $2,980.55
                                              starting on 11/1/10.

5. SEND proof of insurance coverage*          Attention: Escrow Department
   (Send proof of insurance ONLY to Escrow    Fax: (888) 882-1816
   Dept. DO NOT include the Agreement.)       E-mail: updateinsuranceinfo@ocwen.com

   * <u>Proof of insurance and the Agreement must be sent separately to the correct departments using the fax numbers provided above.</u>
Failure to send proof of insurance coverage before the Due Date will constitute acceptance of a force placed policy and agreement to pay the costs of such force placed policy, so long as all other items are complete.

Time is of the essence on this offer. If ALL of the items above are not completed by the Due Date, the Agreement shall have no force or effect and any down payment received will be returned to you. Please be advised that Ocwen Loan Servicing, LLC will not delay, postpone or otherwise stop any collection efforts until ALL of the steps above have been completed.

If you have any questions or require additional information, please contact the Home Retention Department directly at (877) 596-8580.

Sincerely,

Ocwen Loan Servicing, LLC

70868518                                                                                                          STUPEFM.12

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

7. Upon Modification, the annual rate of interest charged on the unpaid principal balance of your loan will be 2.9500%. This rate will remain in effect until 12/01/15 and beginning with your first payment after the Trial Period expiration. At the end of this period your rate will be 5% and will remain fixed until the maturity of your loan.

8. If you sell your property, refinance, or otherwise payoff your loan during the 12 months following the date of Modification, the Modification will be voidable at the sole option of Ocwen and all amounts owed under the obligations existing prior to the Modification will be due and owing.

9. You will comply with all other covenants, agreements, and requirements of your Mortgage, including without limitation, the covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that you are obligated to make under the Mortgage, except as otherwise provided herein.

10. You understand and agree that:

    (a) All the rights and remedies, stipulations, and conditions contained in your Mortgage relating to default in the making of payments under the Mortgage will also apply to default in the making of the modified payments hereunder.

    (b) All covenants, agreements, stipulations, and conditions in your Note and Mortgage will remain in full force and effect, except as herein modified, and none of the your obligations or liabilities under your Note and Mortgage will be diminished or released by any provisions hereof, nor will this Agreement in any way impair, diminish, or affect any of Ocwen's rights under or remedies on your Note and Mortgage, whether such rights or remedies arise there under or by operation of law. Also, all rights of recourse to which Ocwen is presently entitled against any property or any other persons in any way obligated for, or liable on, your Note and Mortgage are expressly reserved by Ocwen.

    (c) Any expenses incurred in connection with the servicing of your loan, but not yet charged to your account as of the date of this Agreement, may be charged to your account after the date of this Agreement.

    (d) Nothing in this Agreement will be understood or construed to be a satisfaction or release in whole or in part of your Note and Mortgage.

    (e) In the event that a foreclosure is pending, the foreclosure action will not be dismissed. However, Ocwen will take reasonable action to place it on hold pending your completion of the Trial Period. If the Trial Period is successfully completed, any pending foreclosure action will be dismissed.

    (f) During the Trial period, your loan will continue to be delinquent. As a result, late fees may be charged and credit reporting will continue pursuant to the original terms of your Note.

    (g) You agree to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Ocwen, will bind and inure to your heirs, executors, administrators, and assigns.

    (h) You understand that this agreement is legally binding and that it affects your rights. You confirm that you have had the opportunity to obtain, independent legal counsel concerning this Agreement and are signing this Agreement voluntarily and with full understanding of its contents and meaning.

    (i) Corrections and Omissions: You agree to execute such other and further documents as may be reasonably necessary to consummate the transactions contemplated herein or to perfect the liens and security interests intended to secure the payment of the loan evidenced by the Note.

_____          _____
Ocwen Loan Servicing, LLC                    Velma Guillory Taylor

   By: _____                _____