```
1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-1878

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-14016 |
|---|---|---|
| Velma M Guillory-Taylor | Chapter | 13 |
| Debtor(s) | Hearing | |
| _____/ | Date: | June 24, 2011 |
| | Time: | 9:00 AM |
| | Location: | Santa Rosa, CA |

NOTICE OF HEARING ON MOTION TO APPROVE LOAN MODIFICATION WITH OCWEN LOAN SERVICING, LLC

TO SECURED JUNIOR LIENHOLDER OCWEN LOAN SERVICING, LLC, CHAPTER 13 TRUSTEE, ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that at the above date and time debtor will move the court for an order approving the voluntary loan modification between debtor and secured creditor Ocwen Loan Servicing, LLC. If you do not appear at the above hearing the court may grant the motion requested without your input.

Date: May 25, 2011          /s/Dan Beck_____
                            Dan Beck
                            Attorney for Debtor

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-14016 |
| Velma M Guillory-Taylor<br>Debtor(s)<br>_____/ | Chapter 13<br><u>Hearing</u><br>Date: June 24, 2011<br>Time: 9:00 AM<br>Location: Santa Rosa, CA |

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2011, a copy of above Notice of Hearing on Motion to Approve Loan Modification with Ocwen Loan Servicing, LLC as well as a copy of Debtor(s) Motion to Approve Loan Modification, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by <u>certified and first-class mail addressed to an officer of the institution</u>.

    Ronald M. Faris, President and CEO
    Ocwen Loan Servicing, LLC
    Attn: Bankruptcy Department
    1661 Worthington Rd, Suite 100
    West Palm Beach, FL 33409

    Ronald M. Faris, President and CEO
    Ocwen Loan Servicing, LLC
    c/o Law Offices of Les Zieve
    18377 Beach Blvd., Suite 210
    Huntington Beach, CA 92648

Date: May 25, 2011      /s/Evan Livingtone_____
                                           Evan Livingstone