DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

Signed: June 14, 2011

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 10-1-4016AJ13 |
|---|---|
| VELMA M GUILLORY-TAYLOR Debtor(s) | |

## ORDER CONFIRMING CHAPTER 13 PLAN

After a hearing on, June 8, 2011, and it appearing that the Chapter 13 Amended Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Amended Plan dated April 29, 2011 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided, stripped, limited, modified, valued, altered, compromised or extinguished, except by adversary proceeding pursuant to Rule 7001(2) of the Federal Rules of Bankruptcy Procedure or contested matter pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supercede any plan provision purporting to limit or disallow a claim.

**\*\*END OF ORDER\*\***