Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

**Entered on Docket**
**June 24, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: June 24, 2011**

_____
**ALAN JAROSLOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-14016 |
|---|---|---|
| Velma M Guillory-Taylor | Chapter | 13 |
| Debtor(s) | Hearing | |
| _____/ | Date: | June 24, 2011 |
| | Time: | 9:00 AM |
| | Location: | Santa Rosa, CA |

ORDER APPROVING LOAN MODIFICATION WITH OCWEN LOAN SERVICNG, LLC

Debtor VELMA M GUILLORY-TAYLOR's motion for an order approving a loan modification with secured creditor OCWEN LOAN SERVICING, LLC, is hereby approved. This order, however, shall not constitute approval of the terms of the proposed loan modification.

***END OF ORDER**